NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UUSI, LLC, DBA NARTRON,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Cross-Appellant*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2021-1060, 2021-1122

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00908.

---

**JUDGMENT**

---

LAWRENCE MILTON HADLEY, Glaser Weil Fink Howard Avchen & Shapiro LLP, Los Angeles, CA, argued for appellant. Also represented by STEPHEN UNDERWOOD.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for cross-appellant. Also represented by CHETAN BANSAL, STEPHEN BLAKE KINNAIRD, JOSEPH PALYS, TOR TARANTOLA.

BRADLEY HINSHELWOOD, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by PETER J. AYERS, SARAH E. CRAVEN, BENJAMIN T. HICKMAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 9, 2023 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |